■ NYCTL 1996-1 Trust et al., Respondents, v Orit Diagnostic Center, Inc., Appellant, et al., Defendants. [798 NYS2d 88]—In an action to foreclose a real property tax lien pursuant to Administrative Code of the City of NY § 11-335, the defendant Orit Diagnostic Center, Inc., appeals from an order of the Supreme Court, Kings County (Garry, J.), dated December 22, 2003, which granted the plaintiffs' motion for summary judgment striking its answer in its entirety, in effect, dismissing its counterclaim, and appointing a referee to compute, and denied its cross motion to strike the plaintiffs' reply to its counterclaim and to impose a sanction.

Ordered that the order is affirmed, with costs.

In this action to foreclose a real property tax lien, the plaintiffs made a prima facie showing of entitlement to summary judgment by demonstrating that the respondent did not pay the outstanding balance due under the lien. In opposition, the respondent failed to raise a triable issue of fact (*see NYCTL 1996-1 Trust v Westmoreland Assoc.,* 2 AD3d 811, 812 [2003]; *Ometz Realty Corp. v Edwards,* 244 AD2d 468 [1997]; *New York Natl. Bank v Harris,* 182 AD2d 680 [1992]).

The respondent's remaining contentions are without merit. Cozier, J.P., S. Miller, Rivera and Fisher, JJ., concur.